UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATHFIELD INVESTMENTS, LLC
LATHFIELD HOLDINGS, LLC
LATHFIELD PARTNERS, LLC

File No: 21-CV-10193
CONSOLIDATED
Hon. F. Kay Behm

Plaintiffs,

v.

CITY OF LATHRUP VILLAGE;
LATHRUP VILLAGE DOWNTOWN
DEVELOPMENT AUTHORITY;
JIM WRIGHT;
MCKENNA & ASSOCIATES, INC.;

Defendants.

## STIPULATED ORDER DISMISSING DEFENDANTS JIM WRIGHT AND MCKENNA & ASSOCIATES, INC.

The last dispute left unresolved in this case are those claims between Plaintiffs and Defendants Jim Wright and McKenna & Associates, Inc. Those parties have resolved their disputes and have agreed to the dismissal of those claims.

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants Jim Wright and McKenna & Associates, Inc. are DISMISSED WITH PREJUDICE and without fees or costs to either party.

THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THIS CASE.

Dated:  April 10, 2024

s/F. Kay Behm
F. Kay Behm
United States District Judge

Approved as to form and content; notice of entry waived:

**/s/ Aaron D. Cox, Esq.**
Aaron D. Cox (P69346)
Attorney for Plaintiffs

**/S/ Gregory I. Thomas**
Gregory I. Thomas (P32488)
Attorney for Defendants McKenna
And Wright